FILED

May 28, 2014

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )
                                       )
                Plaintiff,             )        Case No. 2:14-MJ-00118-DAD
                                       )
v.                                     )        ORDER FOR RELEASE OF
                                       )        PERSON IN CUSTODY
XUE HEU ,                              )
                                       )
                Defendant.             )

TO:     UNITED STATES MARSHAL:

        This is to authorize and direct you to release XUE HEU, Case No. 2:14-MJ-00118-DAD,

Charge Title 18 USC §§ 1343; 1349; 2, from custody subject to the conditions contained in the

attached "Notice to Defendant Being Released" and for the following reasons:

        __      Release on Personal Recognizance

        ✔       Bail Posted in the Sum of $ 75,000 (co-signed)

                ✔       Unsecured Appearance Bond

                __      Appearance Bond with 10% Deposit

                __      Appearance Bond with Surety

                __      Corporate Surety Bail Bond

                ✔       (Other)        With pretrial supervision and conditions of release as

                                       stated on the record in open court.

        This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

        Issued at  Sacramento, CA  on  May 28, 2014  at   2:37    pm .

                                By    Dale A. Drozd
                                      _____
                                      Dale A. Drozd
                                      United States Magistrate Judge