IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-mj-00118-DAD |
| Plaintiff, ) | ORDER TO EXONERATE BOND |
| v. ) | |
| XUE HEU, ) | |
| Defendant. ) | |

The Court finds that Xue Heu was released pursuant to a $75,000.00 real property bond. On May 11, 2015, Xue Heu, entered a guilty plea to Count 2 of the Indictment in Case No. 1:15-cr-00119-LJO in the Eastern District of California. On May 15, 2015 the Court issued a no bail warrant for the arrest of Mr. Heu on a violation of his pretrial release conditions. The Court ordered Mr. Heu to remain in custody at the Stanislaus County Men's Jail until final disposition of federal charges. Judgment and sentencing was July 20, 2015.  Therefore, it is hereby ORDERED that the $75,000.00 property bond posted in this case is ordered exonerated and the Clerk of the Court is directed to reconvey to the surety, Nathaniel Earl Palmer. *See* Exhibit A for Legal Description of Real Property posted on behalf of Mr. Palmer.

Dated: August 7, 2015

dad1.crim
heu0118.ord.exonerate.bond

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO EXONERATE BOND            -1-            *US v. Heu*, Case No. 2:14-mj-00118- DAD

EXHIBIT A

"LEGAL DESCRIPTION"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF ELK GROVE, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Lot 224, as shown on the "Plat of the seasons unit No. 3", Recorded July 13, 1995 in Book 238 of Maps, Map No.5, official records of Sacramento County.

APN: 115-1410-024-0000